FILED

FEB 1 8 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

LAWYERS FOR CLEAN WATER, INC.
Drevet Hunt (Bar No. 240487)
       Email: drev@lawyersforcleanwater.com
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone:  (415) 440-6520
Facsimile:  (415) 440-4155


SAN DIEGO COASTKEEPER
Matt O'Malley (Bar No. 272802)
       Email: matt@sdcoastkeeper.org
2825 Dewey Rd, Suite 200
San Diego, California 92106
Telephone: (619) 758-7743


*Attorneys for Plaintiff*
SAN DIEGO COASTKEEPER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a California non-profit corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>A-1 ALLOYS, Inc., a California corporation;<br><br>                    Defendant. | Civil Case No. 15cv01267 JM(WVG)<br><br>**CONSENT DECREE**<br><br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.*)** |

## CONSENT DECREE

The following Consent Decree is entered into by and between San Diego Coastkeeper ("Coastkeeper" or "Plaintiff") and Defendant A-1 Alloys, Inc. ("A-1 Alloys"). The entities entering into this Consent Decree are each an individual "Settling Party" and collectively the "Settling Parties."

**WHEREAS,** Coastkeeper is a 501(c)(3) non-profit public benefit corporation organized under the laws of the State of California, with its main office in San Diego, California;

**WHEREAS,** Coastkeeper is dedicated to the preservation, protection, and defense of the rivers, creeks, and coastal waters of San Diego County from all sources of pollution and degradation;

**WHEREAS,** A-1 Alloys, Inc., is the owner and operator of a metals recycling facility located at 724 Civic Center Drive in National City, California 91950, hereinafter referred to by the Settling Parties as the "A-1 Alloys Facility";

**WHEREAS,** Coastkeeper's members live and/or recreate in and around the San Diego Bay area waters which Coastkeeper's members allege receive discharges from the A-1 Alloys Facility, including specifically the San Diego Bay and the Pacific Ocean;

**WHEREAS,** the discharges from the A-1 Alloys Facility are regulated by the National Pollutant Discharge Elimination System ("NPDES") General Permit No. CAS000001 [State Water Resources Control Board] Water Quality Order No. 92-12-DWQ, as amended by Order No. 97-03-DWQ ("1997 Storm Water Permit"), as amended by Order No. 2014-0057-DWQ ("2014 Storm Water Permit") and the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.* ("Clean Water Act" or "CWA");

**WHEREAS,** on February 9, 2015, Coastkeeper sent A-1 Alloys, the United States Environmental Protection Agency ("EPA"), EPA Region IX, the State Water Resources Control Board ("State Board"), and the San Diego Regional Water Quality Control Board ("Regional Board") a notice of intent to file suit ("Notice Letter") under Sections 505(a) and (b) of the Clean Water Act, 33 U.S.C. §§ 1365(a) and (b). The Notice Letter alleged violations of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), and violations of the Storm Water Permit at the A-1 Alloys Facility;

**WHEREAS,** on June 5, 2015, Coastkeeper filed a complaint against A-1 Alloys in the United States District Court, Southern District of California (Case No. 15-cv-01267-JM-WVG), alleging violations of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), and violations of the Storm

Water Permit at the A-1 Alloys Facility ("Complaint");

**WHEREAS**, Coastkeeper alleges A-1 Alloys to be in violation of the substantive and procedural requirements of the Storm Water Permit and the Clean Water Act with respect to the A-1 Alloys Facility;

**WHEREAS**, A-1 Alloys denies all allegations in the Notice Letter and Complaint relating to the A-1 Alloys Facility;

**WHEREAS**, Coastkeeper and A-1 Alloys have agreed that it is in the Settling Parties' mutual interest to enter into a Consent Decree setting forth terms and conditions appropriate to resolving the allegations set forth in the Complaint without further proceedings;

**WHEREAS**, all actions taken by A-1 Alloys pursuant to this Consent Decree shall be made in compliance with all applicable federal and state laws and local rules and regulations.

**NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE SETTLING PARTIES AND ORDERED AND DECREED BY THE COURT AS FOLLOWS:**

1.      The Court has jurisdiction over the subject matter of this action pursuant to Section 505(a) of the Clean Water Act, 33 U.S.C. § 1365(a);

2.      Venue is appropriate in the Southern District of California pursuant to Section 505(c)(1) of the Clean Water Act, 33 U.S.C. § 1365(c)(1), because the A-1 Alloys Facility is located within this District;

3.      The Complaint states claims upon which relief may be granted pursuant to Section 505(a)(1) of the Clean Water Act, 33 U.S.C. § 1365(a)(1);

4.      Plaintiff has standing to bring this action;

5.      The Court shall retain jurisdiction over this matter for purposes of enforcing the terms of this Consent Decree for the life of the Consent Decree, or as long thereafter as is necessary for the Court to resolve any motion to enforce this Consent Decree.

**I.      OBJECTIVES**

6.      It is the express purpose of the Settling Parties entering into this Consent Decree to further the objectives set forth in the Clean Water Act, 33 U.S.C. §§ 1251, et seq., and to resolve those issues alleged by Coastkeeper in its Complaint. In light of these objectives and as set forth fully below,

1    A-1 Alloys agrees to comply with the provisions of this Consent Decree and to comply with the

2    requirements of the 2014 Storm Water Permit and all applicable provisions of the Clean Water Act.

3    Specifically, A-1 Alloys agrees to comply with the requirements of the 2014 Storm Water Permit that

4    govern the closure of a facility and termination of a facility's coverage under the 2014 Permit.

5    **II.      AGENCY REVIEW AND TERM OF CONSENT DECREE**

6           7.      Plaintiff shall submit this Consent Decree to the United States Department of Justice and

7    the EPA (collectively "Federal Agencies") within three (3) days of the final signature of the Settling

8    Parties for agency review consistent with 40 C.F.R. § 135.5. The agency review period expires forty-five

9    (45) days after receipt by both agencies, as evidenced by written acknowledgement of receipt by the

10   agencies or the certified return receipts, copies of which shall be provided to A-1 Alloys. In the event

11   that the Federal Agencies object to entry of this Consent Decree, the Settling Parties agree to meet and

12   confer to attempt to resolve the issue(s) raised by the Federal Agencies within a reasonable amount of

13   time.

14          8.      The term "Effective Date" as used in this Consent Decree shall mean the day the Court

15   enters this Consent Decree.

16          9.      This Consent Decree shall terminate following the final payment of funds required of A-1

17   Alloys, Inc. by this Consent Decree, unless there is a prior ongoing, unresolved dispute regarding A-1

18   Alloys' compliance with this Consent Decree.

19   **III.     CLOSURE OF THE A-1 ALLOYS FACILITY**

20          10.     Within ten (10) days of the Effective Date, the A-1 Alloys Facility shall submit a notice

21   of termination of coverage under the 2014 Storm Water Permit ("NOT") to the Regional Board and the

22   State Board. The NOT shall meet all the requirements for a notice of termination set forth in the 2014

23   Storm Water Permit. A-1 Alloys shall copy Plaintiff on the submission of the NOT.

24          11.     A-1 Alloys shall continue to comply with the terms of the 2014 Storm Water Permit until

25   the Regional Board or the State Board approves the A-1 Alloys termination of coverage under the 2014

26   Storm Water Permit.

27   **IV.      Compliance Monitoring and Reporting**

28          12.     Site Inspections. Plaintiff shall be entitled to an inspection of the A-1 Alloys Facility

---

Consent Decree                              4                    Civil Case No. 15-CV-01267-JM-WVG

1  within ten (10) days of A-1 Alloys submission of its NOT to the Regional Board and State Board. The

2  site inspection shall occur between 9 a.m. and 5 p.m., Monday through Friday. Coastkeeper shall

3  provide A-1 Alloys forty-eight (48) hours notice (weekends and holidays excluded) prior to the site

4  inspection. Notice shall be provided by telephone and electronic mail.

5        13.     During the site inspections, Coastkeeper may take photographs or video recording of the

6  A-1 Alloys Facility. If Coastkeeper takes any photographs and/or video recording, Coastkeeper shall

7  provide A-1 Alloys with the photographs and/or video within fourteen (14) days after any written

8  request by A-1 Alloys for such photographs and/or videos.

9        14.     <u>Compliance Monitoring and Oversight</u>. A-1 Alloys shall pay a total of One Thousand

10  Dollars ($1,000) to compensate Coastkeeper for costs and fees to be incurred for monitoring A-1 Alloys'

11  compliance with this Consent Decree. Payment of the One Thousand Dollars ($1,000) shall be made

12  within five (5) days of the Effective Date payable to "San Diego Coastkeeper" and delivered U.S. Mail.

13        15.     <u>A-1 Alloys Document Provision</u>. During the life of this Consent Decree, A-1 Alloys shall

14  copy Coastkeeper on all documents related to storm water quality at the A-1 Alloys Facility that are

15  submitted to the Regional Board, the State Board, and/or any state or local agency, county, or

16  municipality. Such reports and documents shall be provided to Coastkeeper on the date they are sent to

17  the agencies, counties, and/or municipalities. Any correspondence related to A-1 Alloys' compliance

18  with the Storm Water Permit or storm water quality received by A-1 Alloys from any regulatory agency,

19  state or local agency, county, or municipality shall be provided to Coastkeeper within ten (10) days of

20  receipt by A-1 Alloys.

21  **V.**     **<u>Environmental Project, Reimbursement of Litigation Fees and Costs, and Stipulated</u>**

22        **<u>Payments</u>**

23        16.     Environmental Project. To remediate the alleged environmental harms resulting from

24  non-compliance with the Storm Water Permit alleged in the Complaint, A-1 Alloys agrees to make a

25  payment totaling Twelve Thousand Dollars ($12,000) to Friends of Famosa Slough to fund

26  environmental project activities that will reduce or mitigate the impacts of storm water pollution from

27  industrial activities on the Southern California Bight and its tributaries. Payment shall be made

28  according to the manner and on the schedule set forth in paragraph 19 below.

17.     Reimbursement of Coastkeeper's Fees and Costs. A-1 Alloys shall pay a total of Forty Thousand Dollars ($40,000) plus 10% interest (as set forth in paragraph 19 below) to Coastkeeper to reimburse Coastkeeper for its investigation fees and costs, expert/consultant fees and costs, and reasonable attorneys' fees incurred as a result of investigating and preparing the lawsuit and negotiating this Consent Decree. Payment shall be made according to the manner and on the schedule set forth in paragraph 19 and 20 below.

18.     Interest: In addition to the amounts required in paragraphs 16 and 17 above, A-1 Alloys shall interest at a rate of 10% per year until the balance owed to Plaintiff is paid. Interest accrued shall be added to the total balance due to Plaintiff on the day after the due date of each monthly payment described below in paragraph 19.

19.     Manner and Schedule of Payments: A-1 Alloys shall pay the Fifty Two Thousand Dollars required by paragraphs 16 and 17 above as follows: An initial payment of Fifteen Thousand Dollars ($15,000) payable to "Lawyers for Clean Water Attorney Client Trust Account" shall be made within five (5) days of the Effective Date and delivered by Certified U.S. Mail or overnight via Federal Express to "Lawyers for Clean Water, 1004 O'Reilly Avenue, Suite A, San Francisco, California 94129". The remaining Thirty Seven Thousand Dollars ($37,000) plus interest shall be paid in twenty seven monthly payments of One Thousand Five Hundred Dollars ($1,500) and one final payment of Seven Hundred and Eight Dollars ($708.00). These payments shall be due on the first of each month beginning after the initial payment of Fifteen Thousand Dollars ($15,000) has been made. Each of these payments shall be made payable to "Lawyers for Clean Water Attorney Client Trust Account" and delivered by Certified U.S. Mail or overnight via Federal Express to "Lawyers for Clean Water, 1004 O'Reilly Avenue, Suite A, San Francisco, California 94129".

20.     Requirement to Pay Entire Outstanding Balance: If, at any time prior to the final payment due under paragraphs 16, 17, 18, and 19, A-1 Alloys, Inc. wishes to dissolve the corporation or change the ownership structure of the corporation, the entire remaining balance due at that time shall be paid prior to dissolution or change in ownership of the corporation. A-1 Alloys, Inc. shall provide Plaintiff with notice of any intent to dissolve the corporation or to change ownership of the corporation thirty (30) days prior to such action.

21.     Stipulated Payment. A-1 Alloys shall make a remediation payment of One Thousand Dollars ($1,000) for each missed deadline included in this Consent Decree. Payments for a missed deadline shall be made for the restoration and/or improvement of the watershed in the area affected by A-1 Alloys' alleged discharges and shall be awarded to the Friends of Famosa Slough. A-1 Alloys agree to make the stipulated payment within thirty (30) days of a missed deadline. The payments shall be mailed via regular mail to the attention of Friends of Famosa Slough at PO Box 87280 San Diego, CA 92138-7280. A-1 Alloys shall provide Coastkeeper with a copy of each such payment at the time it is made.

## VI.     DISPUTE RESOLUTION

22.     This Court shall retain jurisdiction over this matter until the final termination date defined above for the purposes of implementing and enforcing the terms and conditions of this Consent Decree, and adjudicating all disputes among the Settling Parties that may arise under the provisions of this Consent Decree. The Court shall have the power to enforce this Consent Decree with all available legal and equitable remedies, including contempt.

23.     Meet and Confer. A party to this Consent Decree shall invoke the dispute resolution procedures of this Section by notifying all other Settling Parties in writing of the matter(s) in dispute. The Settling Parties shall then meet and confer in good faith (either telephonically or in person) in an attempt to resolve the dispute informally over a period of ten (10) days from the date of the notice. The Settling Parties may elect to extend this time in an effort to resolve the dispute without court intervention.

24.     If the Settling Parties cannot resolve a dispute by the end of meet and confer informal negotiations, the party initiating the dispute resolution provision may invoke formal dispute resolution by filing a motion before the United States District Court for the Southern District of California. The Settling Parties agree to request an expedited hearing schedule on the motion if requested by any Settling Party.

25.     Enforcement Fees and Costs. Litigation costs and fees incurred in conducting a meet and confer session(s) or otherwise addressing and/or resolving any dispute, including an alleged breach of this Consent Decree, shall be awarded in accordance with the standard established by

1   Section 505 of the Clean Water Act, 33 U.S.C. §§ 1365 and 1319, and case law interpreting that

2   standard.

3   **VII.    MUTUAL RELEASE OF LIABILITY AND COVENANT NOT TO SUE**

4        26.      Coastkeeper's Release. Upon the Effective Date of this Consent Decree, Coastkeeper,

5   on its own behalf and on behalf of its current and former officers, directors, employees, and each of

6   their successors and assigns, and its agents, attorneys, and other representatives releases all persons

7   including, without limitation, A-1 Alloys (and each of their direct and indirect parent and subsidiary

8   companies and affiliates, and their respective current and former officers, directors, members,

9   employees, shareholders, and each of their predecessors, successors, and assigns, and each of their

10  agents, attorneys, consultants, and other representatives) from and waives all claims alleged in the

11  Notice Letter and/or Complaint up to the termination of this Consent Decree.

12       27.      A-1 Alloys' Release. Upon the Effective Date of this Consent Decree, A-1 Alloys, on

13  its own behalf and on behalf of its current and former officers, directors, employees, members, and

14  each of their successors and assigns, and their agents, attorneys, and other representatives releases

15  Coastkeeper (and its current and former officers, directors, employees, members, parents,

16  subsidiaries, and affiliates, and each of their successors and assigns, and its agents, attorneys, and

17  other representatives) from and waives all claims which arise from or pertain to this action, including

18  all claims for fees (including fees of attorneys, experts, and others), costs, expenses, or any other sum

19  incurred or claimed for matters related to Coastkeeper's Notice Letter and Complaint up to the

20  termination of this Consent Decree by the Court.

21       28.      Nothing in this Consent Decree limits or otherwise affects either Party's right to

22  address or take any position that it deems necessary or appropriate in any formal or informal

23  proceeding before the State Board, Regional Board, EPA, or any other administrative body on any

24  other matter relating to A-1 Alloys' compliance with the Storm Water Permit or the Clean Water Act

25  occurring or arising after the Effective Date of this Consent Decree.

26  **VIII.   MISCELLANEOUS PROVISIONS**

27       29.      No Admission of Liability. Neither this Consent Decree, the implementation of

28  additional BMPs, nor any payment pursuant to the Consent Decree shall constitute or be construed as

---

Consent Decree                              8                    Civil Case No. 15-CV-01267-JM-WVG

1  a finding, adjudication, admission, or acknowledgment of any fact, law, or liability, nor shall it be

2  construed as an admission of violation of any law, rule, or regulation. A-1 Alloys maintains and

3  reserves all defenses they may have to any alleged violations that may be raised in the future.

4      30.    <u>Construction</u>. The language in all parts of this Consent Decree shall be construed

5  according to its plain and ordinary meaning, except as to those terms defined in the Storm Water

6  Permit, the Clean Water Act, or specifically herein.

7      31.    <u>Choice of Law</u>. The laws of the United States shall govern this Consent Decree.

8      32.    <u>Severability</u>. In the event that any provision, paragraph, section, or sentence of this

9  Consent Decree is held by a court to be unenforceable, the validity of the enforceable provisions shall

10  not be adversely affected.

11      33.    <u>Correspondence</u>. Unless specifically provided for in this Consent Decree, all notices

12  required herein or any other correspondence pertaining to this Consent Decree shall be sent by U.S.

13  mail or electronic mail as follows:

14      <u>If to Plaintiff:</u>

15      Matt O'Malley
    Legal & Policy Director

16      2825 Dewey Rd., #200
    San Diego, CA 92106

17

18      <u>If to A-1 Alloys:</u>

19      Jerry Williams
    President

20      3330 Beyer Blvd. Suite F
    San Diego, CA 92173

21

22      With Copy to:

23      Opper & Varco LLP
    Att: S. Wayne Rosenbaum, Esq.

24      225 Broadway, Suite 1900
    San Diego, CA 92101

25      34.    Notifications of communications shall be deemed submitted three (3) business days

26  after having been sent via U.S. mail or the day of sending notification or communication by

27  electronic mail. Any change of address or addresses shall be communicated in the manner described

28  above for giving notices.

35.     Effect of Consent Decree. Except as provided herein, Coastkeeper does not, by its consent to this Consent Decree, warrant or aver in any manner that A-1 Alloys' compliance with this Consent Decree will constitute or result in compliance with any federal or state law or regulation. Nothing in this Consent Decree shall be construed to affect or limit in any way the obligation of A-1 Alloys to comply with all federal, state, and local laws and regulations governing any activity required by this Consent Decree.

36.     Counterparts. This Consent Decree may be executed in any number of counterparts, all of which together shall constitute one original document. Telecopy, email of a .pdf signature, and/or facsimile copies of original signature shall be deemed to be originally executed counterparts of this Consent Decree.

37.     Modification of the Consent Decree. This Consent Decree, and any provisions herein, may not be changed, waived, discharged, or terminated unless by a written instrument, signed by the Settling Parties. If any Settling Party wishes to modify any provision of this Consent Decree, the Settling Party must notify the other Settling Party in writing at least twenty-one (21) days prior to taking any step to implement the proposed change.

38.     Full Settlement. This Consent Decree constitutes a full and final settlement of this matter.

39.     Integration Clause. This is an integrated Consent Decree. This Consent Decree is intended to be a full and complete statement of the terms of the agreement between the Settling Parties and expressly supersedes any and all prior oral or written agreements, covenants, representations, and warranties (express or implied) concerning the subject matter of this Consent Decree.

40.     Authority. The undersigned representatives for Plaintiff and A-1 Alloys each certify that he/she is fully authorized by the party whom he/she represents to enter into the terms and conditions of this Consent Decree.

41.     The Settling Parties certify that their undersigned representatives are fully authorized to enter into this Consent Decree, to execute it on behalf of the Settling Parties, and to legally bind the Settling Parties to its terms.

42.     The Settling Parties, including any successors or assigns, agree to be bound by this Consent Decree and not to contest its validity in any subsequent proceeding to implement or enforce its terms.

IN WITNESS WHEREOF, the undersigned have executed this Consent Decree as of the date first set forth below.

APPROVED AS TO CONTENT

Dated: 12/14/15                          By: _____
                                              Travis Pritchard
                                              Interim Executive Director
                                              San Diego Coastkeeper

Dated: _____            By: _____
                                              Jerry Williams
                                              A-1 Alloys, Inc.

APPROVED AS TO FORM

Dated: 12/14/15                          By: _____
                                              Drevet Hunt
                                              Lawyers for Clean Water, Inc.
                                              Counsel for Plaintiff

Dated: _____            By: _____
                                              S. Wayne Rosenbaum
                                              Opper & Varco, LLP
                                              Attorney for A-1 Alloys

IT IS SO ORDERED.

Date: _____             _____
                                              Honorable Jeffrey T. Miller
                                              United States District Court Judge
                                              Southern District of California

1      42.    The Settling Parties, including any successors or assigns, agree to be bound by this

2  Consent Decree and not to contest its validity in any subsequent proceeding to implement or enforce

3  its terms.

4      **IN WITNESS WHEREOF**, the undersigned have executed this Consent Decree as of the

5  date first set forth below.

6

7  APPROVED AS TO CONTENT

8

9  Dated: _____     By: _____

10                                  Travis Pritchard

                                  Interim Executive Director

11                                  San Diego Coastkeeper

12 Dated: _____     By: _____

13                                  Jerry Williams

                                 A-1 Alloys, Inc.

14

APPROVED AS TO FORM

15

16 Dated: _____     By: _____

17                                  Drevet Hunt

                                 Lawyers for Clean Water, Inc.

18                                  Counsel for Plaintiff

19

20 Dated: _____     By: _____

21                                  S. Wayne Rosenbaum

22                                  Opper & Varco, LLP

                                 Attorney for A-1 Alloys

23 **IT IS SO ORDERED.**

24

25 Date: _____

26                                  Honorable Jeffrey T. Miller

27                                  United States District Court Judge

                                 Southern District of California

28

1     42.     The Settling Parties, including any successors or assigns, agree to be bound by this

2   Consent Decree and not to contest its validity in any subsequent proceeding to implement or enforce

3   its terms.

4        **IN WITNESS WHEREOF,** the undersigned have executed this Consent Decree as of the

5   date first set forth below.

6

7   APPROVED AS TO CONTENT

8

9   Dated: _____          By: _____
                                           Travis Pritchard
10                                         Interim Executive Director
                                           San Diego Coastkeeper
11

12   Dated: 12/22/15                   By: _____
                                           Jerry Williams
13                                         A-1 Alloys, Inc.

14
    APPROVED AS TO FORM
15

16   Dated: _____          By: _____
                                           Drevet Hunt
17                                         Lawyers for Clean Water, Inc.
                                           Counsel for Plaintiff
18

19

20   Dated: _____          By: _____
                                           S. Wayne Rosenbaum
21                                         Opper & Varco, LLP
                                           Attorney for A-1 Alloys
22

23   **IT IS SO ORDERED.**

24

25   Date: 2/17/16                     _____

26                                     Honorable Jeffrey T. Miller
                                       United States District Court Judge
27                                     Southern District of California

28

Consent Decree                    11              Civil Case No. 15-CV-01267-JM-WVG